## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee prepared annual reports to the United States Trustee's Office.

2. The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets. Trustee discovered at the §341 meeting that debtor had executed and delivered to his former wife a Quit Claim Deed to his then undivided one-half interest in and to the real estate commonly known as 1106 Hunting Court in Palatine, Illinois. Trustee filed a complaint to avoid the fraudulent transfer and to preserve the same for the benefit of the estate alleging that the transfer was within one year before the date of the filing of the petition with the intent to hinder, delay, or defraud his creditors. To avoid further litigation Trustee and Debtor's attorney negotiated a settlement based on various factors including the rights debtor waived and maintenance among other things in the divorce decree in the amount of $5,000.00. Trustee then filed a motion to compromise the adversary pursuant to Bankruptcy Rule 9019 for the benefit of the estate and creditors of the estate.

4. The Trustee attended to tax issues concerning the estate.

5. The Trustee reviewed the claims filed in this case no claims objections were necessary.

**Exhibit A**