**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **FRANK, JAMES WILLIAM** | ) | |
| | ) | **CASE NO. 05 B 45463** |
| | ) | |
| | ) | **JUDGE EUGENE R. WEDOFF** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
           219 SOUTH DEARBORN, COURTROOM 744
           CHICAGO, ILLINOIS 60604

    On:  **October 3, 2007**
    At:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                       $     5,013.31

    b. Disbursements                              $        6.80

    c. Net Cash Available for Distribution $   5,006.51

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,251.33 | $ |
| Trustee | $ 0.00 | $ | $ 198.67 |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,081.68 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 21.92%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Department of the Treasury | $ 15,081.68 | $ 3,306.51 |

6. Claims of general unsecured creditors totaling $61,935.26, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee

    may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **September 6, 2007**　　　　For the Court,

By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2              Date Rcvd: Sep 06, 2007
Case: 05-45463                Form ID: pdf002          Total Served: 33

The following entities were served by first class mail on Sep 08, 2007.
db           +James William Frank,    30W555 Shoe Factory Rd,    #E,    Elgin, IL 60120-7202
aty          +Daniel K Robin,    Daniel K Robin Ltd,    121 S Wilke Rd #201,    Arlington Heights, IL 60005-1525
aty          +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10020080     +Alexian Brothers,    F008637365,    1555 Barrington Road,    Hoffman Estates, IL 60169-1019
10020081     +Bank One,    5483 1070 0060 5590,    P.O. Box 15153,    Wilmington DE 19886-5153
10020082      Chase,    5466 4700 0118 9506,    P.O. Box 15153,    Wilmington DE  19886-5153
10549877     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10020084      CitiCards,    5424 1801 4187 0052,    P.O. Box 688902,    Des Moines, IA  50368-8902
10020083     +Citibank,    5424 1805 9935 2413,    c/o Alliance One,    1160 Centre Pointe Dr  Suite 1,
               Mendota Heights MN 55120-1270
10608203      Citibank NA,    Citibank/CHOICE,    Exception Payment Processing,    PO Box 6305,
               The Lakes, NV 88901-6305
10020085      Direct Merchants Bank,    5458 0046 4622 4772,    Cardmember Services,    P.O. Box 21550,
               Tulsa, OK  74121-1550
10020086     +Emergency Medical Associates,    441877,    6400 Industrial Loop,    Greendale WI 53129-2452
10020087     +Hilco Receivables, LLC,    4185032,    c/o Phillips & Cohen Associates, Ltd,    695 Rancocas Rd.,
               Westampton NJ 08060-5626
10557373     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury,    Internal Revenue Service,
               230 S Dearborn,    Stop 5016-CHI,    Chicago, IL 60604)
10020088     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10020090     +LaSalle Bank,    0510079857,    135 S. LaSalle St,    Chicago IL 60603-4177
10020089     +LaSalle Bank,    205-07300523219,    135 S. LaSalle ST]t,    Chicago IL 60603-4177
10020091      MBNA America,    5200 0100 1252 2849,    P.O. Box 15137,    Wilmington, DE 19886-5137
10020092     +MEA-AEA LLC,    001 69978,    900 Oakmont Lane,    Suite 200,    Westmont IL 60559-5574
10020093     +National Bank & Trust Co.,    62866,    230 W. State St.,    Sycamore IL 60178-1489
10020094     +Northwest Community Hospital,    NW-3061717,    800 W. Central Rd.,
               Arlington Heights IL 60005-2349
10020095     +Northwest Neurology, Ltd.,    38646,    2260 W. Higgins Rd.,    Suite 201,
               Hoffman Estates IL 60169-2433
10020096     +Orthopaedic Associates, SC,    140966,    1300 E. Central Rd,    Arlington Heights IL 60005-2857
10020097      Radiology Waukesha SC,    RAD 226918,    P.O. Box 1790,    Brookfield WI  53008-1790
10020098     +SBC Yellow Pages,    500213905,    c/o R.H. Donnelly,    P.O. Box 807008,
               Kansas City MO 64180-0001
10020099     +Sears Gold Mastercard,    5121 0717 4170 2058,    c/o Citi Cards,    P.O. Box 182532,
               Columbus OH 43218-2532
10020100     +Sherman Hospital,    0082113353,    c/o Medical Recovery Specialists,
               2200 E. Devon Ave., Suite 288,    Des Plaines IL 60018-4501
10020101     +Superior Air Ground Ambulance Service,    03-300532,    P.O. Box 1407,    Elmhurst IL 60126-8407
10020102     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    unk,    P.O. Box 6345,    Fargo ND  58125-6345)
10020103     +Waukesha Memorial Hospital,    74499130001,    725 American Ave.,    Waukesha WI 53188-5031
10020104     +Wells Fargo Bank,    05 M1-147151,    c/o Feingold & Levy,    10 S. LaSalle St  Suite 900,
               Chicago IL 60603-1016
10624309     +Wells Fargo Bank NA,    BDD-Bankruptcy,    PO Box 53476,    Phoenix, AZ 85072-3476
The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Sep 06, 2007
Case: 05-45463                Form ID: pdf002          Total Served: 33

             ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 08, 2007**                    **Signature:** _Joseph Speetjens_