## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 05-45463 ERW | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | FRANK, JAMES WILLIAM | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****64-65 - Money Market Account |
| Taxpayer ID #: | 13-7537268 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/29/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/07 | {1} | Legal Assistance Foundation of Met. Chicago | Settlement of fraudulent transfer case 06 A 01260 | 1241-000 | 5,000.00 | | 5,000.00 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-45463<br>Voided on 02/08/07 | 2300-003 | | 6.80 | 4,993.20 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-45463<br>Voided: check issued on 02/08/07 | 2300-003 | | -6.80 | 5,000.00 |
| 02/08/07 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-45463, Bond #016026455 | 2300-000 | | 6.80 | 4,993.20 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.51 | | 4,994.71 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.66 | | 4,997.37 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.75 | | 5,000.12 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.75 | | 5,002.87 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.58 | | 5,005.45 |
| 07/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.06 | | 5,006.51 |
| 07/12/07 | | To Account #********6466 | In preparation of final report | 9999-000 | | 5,006.51 | 0.00 |

Exhibit B

Subtotals :     $5,013.31     $5,013.31

{} Asset reference(s)

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 05-45463 ERW  
**Case Name:** FRANK, JAMES WILLIAM  
**Taxpayer ID #:** 13-7537268  
**Period Ending:** 04/29/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****64-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,013.31 | 5,013.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,006.51 | |
| | | | **Subtotal** | | 5,013.31 | 6.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,013.31** | **$6.80** | |

Exhibit B

{} Asset reference(s)                                                                                       Printed: 04/29/2008 04:23 PM     V.10.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 05-45463 ERW | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| **Case Name:** | FRANK, JAMES WILLIAM | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****64-66 - Checking Account |
| **Taxpayer ID #:** | 13-7537268 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 04/29/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/07 | | From Account #********6465 | In preparation of final report | 9999-000 | 5,006.51 | | 5,006.51 |
| 10/08/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,251.33, Trustee Compensation;  Reference: | 2100-000 | | 1,251.33 | 3,755.18 |
| 10/08/07 | 102 | Clerk of Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 3,505.18 |
| 10/08/07 | 103 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $198.67, Trustee Expenses;  Reference: | 2200-000 | | 198.67 | 3,306.51 |
| 10/08/07 | 104 | Department of the Treasury | Dividend paid  21.92% on $15,081.68; Claim# 3; Filed: $15,081.68; Reference: | 5800-000 | | 3,306.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,006.51 | 5,006.51 | $0.00 |
| | | | Less: Bank Transfers | | 5,006.51 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,006.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,006.51** | |

Exhibit B

{} Asset reference(s)  Printed: 04/29/2008 04:23 PM     V.10.03

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-45463 ERW | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** FRANK, JAMES WILLIAM | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****64-66 - Checking Account |
| **Taxpayer ID #:** 13-7537268 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/29/08 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   5,013.31
Net Estate :   $5,013.31

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****64-65 | 5,013.31 | 6.80 | 0.00 |
| Checking # ***-*****64-66 | 0.00 | 5,006.51 | 0.00 |
| | $5,013.31 | $5,013.31 | $0.00 |

Exhibit B

{} Asset reference(s)   Printed: 04/29/2008 04:23 PM   V.10.03